### 15735

*EX PARTE:* TOLBERT
*IN RE:* TOLBERT'S ESTATE

(34 S. E. (2d), 49)

*Mr. W. H. Nicholson* and *Mr. S. H. McGhee,* both of Greenwood, S. C., Counsel for Appellant,

*Messrs. Mayes & Featherstone* of Greenwood, S. C., Counsel for Respondent,

May 14, 1945.

PER CURIAM:

The court is satisfied from a careful study of the questions presented by this appeal that the circuit decree of Judge Lide correctly disposes of all issues involved in the case. We are in accord with the reasoning and conclusions of the Circuit Court, and adopt its decree as the opinion of this Court. Let it be reported.

Judgment affirmed.

MR. CHIEF JUSTICE BAKER and MESSRS. ASSOCIATE JUSTICES FISHBURNE, STUKES, TAYLOR and OXNER, concur.